# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. MYERS,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>BAXTER BIOSCIENCE, et al.,<br><br>　　　　Defendant(s).<br>_____ | CASE NO. CV08-5610-AHM (MANx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: November 25, 2009

_____
A. Howard Matz
United States District Court Judge

**JS-6**